THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Adrian Pearson,       
Appellant.
 
 
 

Appeal From Richland County
L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2003-UP-639
Submitted August 20, 2003  Filed November 
 13, 2003   

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for 
 Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H Richardson, 
 of Columbia, Warren Blair Giese, Fifth Circuit Solicitor's Office, of Columbia, 
 for Respondent.
 
 
 

PER CURIAM: Adrian Pearson appeals from 
 his guilty plea to assault and battery of a high and aggravated nature (ABHAN) 
 and armed robbery.  Pearson contends the trial judge erred by accepting his 
 guilty plea before ascertaining whether Pearson understood the facts of the 
 case in regard to the applicable law. Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Pearsons counsel attached to the brief a petition to be 
 relieved as counsel, stating he reviewed the record and concluded Pearsons 
 appeal lacks merit.  Pearson did not file a separate pro se brief. After 
 a thorough review of the record and counsels brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss [1] Pearsons appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., ANDERSON, J., and CURETON, A.J., 
 concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.